#7920
$ 3,132.71

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

   APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 3,132.71
    IN 2 CHECKS # 19039 FOR $ 25.91
        CHECK # 19040 FOR $ 3,106.80
Representing unclaimed funds.

DATED: 7-18-2018

_____
ALBERT J. MOGAVERO
TRUSTEE



FILED JUL 19 2018 BANKRUPTCY COURT BUFFALO, NY

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 538582 | SMITH | 1310681 | 25.91 | LAKOTA CASH | PO BOX 128  CK# 19039 | | TIMBER LAKE | SD | 57656 |
| 539444 | CUNNINGHAM | 1212916 | 3,057.14 | CUNNINGHAM, LUCY | 7881 CHESTNUT RIDGE ROAD | | GASPORT | NY | 14067 |
| 539446 | MILLIRON | 1310076 | 6.40 | MILLIRON, TIMOTHY & KLINK, NAN | 4765 FAYHOLLOW ROAD | | GREAT VALLEY | NY | 14741 |
| 539452 | PUMM, JR. | 1311161 | 1.14 | PUMM, JR., PAUL | 76 SOUTH PEARL ST. | | OAKFIELD | NY | 14125 |
| 539454 | MILLER | 1311523 | 1.08 | MILLER, LYNN & MILLER, II, DOUG | 309 AERO DRIVE | | CHEEKTOWAGA | NY | 142251422 |
| 539455 | HUGHES | 1311656 | 2.06 | HUGHES, BENNIE & BOONE-HUG | 2141 BEDELL ROAD | | GRAND ISLAND | NY | 14072 |
| 539468 | HANDLEY | 1411987 | 5.00 | HANDLEY, JASON | 7440 SO. BLACKHAWK STREET | BLDG. 3, APT. 208 | ENGLEWOOD | CO | 801124320 |
| 539469 | STEVENS | 1412246 | 5.00 | STEVENS, SHAWN & CHRISTINA | 4747 BRIDGE ROAD | | ELBA | NY | 140589772 |
| 539472 | SOLOTES, JR. | 1510151 | 13.98 | SOLOTES, JR., JOSEPH & SOLOT | 5704 WALMORE ROAD | | LEWISTON | NY | 140929767 |
| 539482 | BRILL | 1512579 | 5.00 | BRILL, ROBERT | 6 QUEENS DRIVE | | BUFFALO | NY | 14225 |
| 539487 | EVANS | 1611961 | 5.00 | EVANS, PETER | 48 BRANTWOOD DRIVE | | WEST SENECA | NY | 14224 |
| 539492 | SALAY | 1711162 | 5.00 | SALAY, SHAWN | 104 ALDER PLACE | | BUFFALO | NY | 14223 |
| | | | $3,132.71 | | CK # 19040 | | | | |